UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

DAVID UNTERREINER,

        Plaintiff,

      v.

BRUCE GOLDBERG, M.D., Director,
Oregon Department of Human Services,
acting in his official capacity,

        Defendant.

Civil No. 06-277-HU

O R D E R

HAGGERTY, Chief Judge:

    Magistrate Judge Hubel has issued a Findings and Recommendation [22] in this action. The Magistrate Judge recommended that defendant's Motion to Dismiss [14] should be denied. No objections were filed, and the case was referred to me.

1        - ORDER

The matter is now before me pursuant to 28 U.S.C. § 636(b)(1)(B) and Fed. R. Civ. P. 72(b). When no timely objection is filed, the court need only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation of the Magistrate. *Campbell v. United States District Court*, 501 F.2d 196 (9th Cir. 1974).

No clear error appears on the face of the record. Plaintiff presents independent claims challenging the defendant's re-commitment practices and procedures, and not a claim seeking to overturn the state court's judgment of commitment. This court adopts the Magistrate Judge's Findings and Recommendation.

**CONCLUSION**

The Magistrate Judge's Findings and Recommendation [22] is adopted. Defendant's Motion to Dismiss [14] is denied.

IT IS SO ORDERED.

Dated this   11   day of December, 2006.

                                        /s/ Ancer L. Haggerty
                                         Ancer L. Haggerty
                                  United States District Judge